AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002: BJS 6/2015)

Case 3:22-cr-05233-TLF   Document 12   Filed 10/24/22   Page 1 of 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (Short Form) |
| MATTHEW A. COLLINGTON | CASE NUMBER: CR22-5233 |

```
_____ FILED    _____ LODGED
_____          _____ RECEIVED
         Oct 24 2022
     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

Sara Brin
Defendant's Attorney

☑ **THE DEFENDANT** pleaded guilty to a single-count Superseding Information (misdemeanor)

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count No.** |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 13, R.C.W. 46.61.5249 | Negligent Driving 1st Degree | 03/21/2022 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| **Total:** | **Fine** | **Assessment** | **Processing Fee** | **Payable Within/By** |
|---|---|---|---|---|
| $310 | $300 | $10.00 | $ N/A | Within 6 months |

Defendant's SSN: XXX-XX-5004

Defendant's DOB: XX-XX-2002

Defendant's USM No: N/A

Via zoom Matthew Collington
Defendant's Signature

*s/ Barbara J. Sievers*
BARBARA J. SIEVERS, Assistant United States Attorney

October 24, 2022
Date of Imposition of Judgment

*Theresa L. Fricke*
Signature of Magistrate Judge

THE HONORABLE THERESA L. FRICKE
United States Magistrate Judge

10-24-2022
Date